IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,                               No. C 12-03703 JSW

  v.

CITY OF SAN FRANCISCO,               **ORDER OF DISMISSAL**

    Defendant.

_____/

       On September 24, 2012, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* and dismissing the complaint for failure to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. The Court, however, granted Plaintiff leave to amend the complaint by no later than October 29, 2012. The Court admonished that failure to file a cognizable legal claim by that date would result in dismissal of this action with prejudice.

       Having received no amended complaint, this case is DISMISSED. A separate judgment shall issue and the Clerk is directed to close the file.

       **IT IS SO ORDERED.**

Dated: January 9, 2013

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN FRANCISCO et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV12-03703 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chaderick A. Ingram
1060 North Avenue
Sacramento, CA 95838

Dated: January 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk